Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
AMBER MORALES

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AMBER MORALES, | **Case No.: 2:19-cv-04183-ODW (PLAx)** |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| CITIBANK, N.A. | |
| Defendant. | |

NOW COMES Plaintiff, AMBER MORALES, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: July 19, 2019                    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Andrew Moritz
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
Andrew.moritz@citi.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal