Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
AMBER MORALES

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| AMBER MORALES,<br><br>   Plaintiff;<br><br>   v.<br><br>CITIBANK, N.A.<br><br>   Defendant. | Case No. 2:19-cv-04183-ODW (PLAx)<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff, AMBER MORALES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant Citibank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| DATED: July 30, 2019 | WESTGATE LAW |
|  | By:/s/ Matthew A. Rosenthal |
|  | Matthew A. Rosenthal |
|  | Attorney for Plaintiff, |
|  | AMBER MORALES |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

> Andrew Moritz
> Citibank, N.A.
> 14000 Citicards Way
> Jacksonville, FL 32259
> Andrew.moritz@citi.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal